IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT MCCANDLESS,

    Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION,

    Defendant.

No. C 12-02355 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **AUGUST 23, 2012, AT 8:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: August 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE