IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT MCCANDLESS,

    Plaintiff,

  v.

TRANSPORTATION SECURITY ADMINISTRATION,

    Defendant.
                               /

No. C 12-02355 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

    Defendant Transportation Security Administration filed a motion to dismiss on July 16, 2012. Pro se plaintiff Scott McCandless has failed to response. Pursuant to Local Rule 7-3, any opposition or statement of non-opposition was due a week ago on July 30. Therefore, Mr. McCandless is hereby **ORDERED TO SHOW CAUSE** for failing to response to defendant's motion to dismiss. Mr. McCandless must respond to this order by **AUGUST 27, 2012**. Otherwise, this action may be dismissed for failure to prosecute. The motion hearing and case management conference scheduled for August 23 are vacated.

**IT IS SO ORDERED.**

Dated: August 6, 2012.

                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE