IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MCCANDLESS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-02355 WHA<br><br><br>**ORDER DISMISSING ACTION** |

　　　Pro se plaintiff Scott McCandless brought an action against defendant Transportation Security Administration, a federal agency, in Alameda Superior Court (Dkt. No. 1). Generally, the complaint alleges that TSA agents, who are *not* named as defendants, engaged in "illegal and unconstitutional" searches of plaintiff's body and luggage at the Oakland airport. Plaintiff seeks a monetary remedy.

　　　The government removed here pursuant to 28 U.S.C. 1442. Subsequently, the government moved to dismiss for lack of subject-matter jurisdiction. Plaintiff failed to submit an opposition or statement of non-opposition pursuant to Local Rule 7-3. An order to show cause was issued (Dkt. No. 16). Plaintiff has now missed the deadline to respond to the order to show cause.

　　　Plaintiff has not alleged how sovereign immunity is waived. After reviewing the complaint, this order finds that the only plausible waiver for the alleged wrongs is under the

1  Federal Tort Claims Act.  The FTCA, however, requires a claimant to exhaust administrative
2  proceedings before conferring jurisdiction to district courts.  *Valadez-Lopez v. Chertoff*, 656 F.3d
3  851, 855 (9th Cir. 2011) (*citing* 28 U.S.C. 2679).  Plaintiff has not alleged that he exhausted
4  administrative remedies.  Therefore, this Court lacks subject-matter jurisdiction to resolve any
5  FTCA claim.
6       For the reasons stated, the action is **DISMISSED WITH PREJUDICE**.  This dismissal is
7  without leave to amend because plaintiff has failed to prosecute his case.

**IT IS SO ORDERED.**

Dated: September 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2